UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH CRONK,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF WEST RICHLAND, et al.,<br><br>                    Defendants. | No.  4:14-CV-5041-EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION** |

Before the Court is Plaintiff's Motion for Reconsideration/Correction, ECF No. 153. During trial, which concluded on July 21, 2016, Plaintiff asked the Court to amend its pretrial order to better reflect Plaintiff's claims in the case. The Court granted Plaintiff's motion. This order memorializes the Court's rulings.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Motion for Reconsideration/Correction, **ECF No. 153**, is **GRANTED**.

///

//

/

ORDER **-** 1

**2.** The claims proffered by Plaintiff during trial were incorporated into the Court's pretrial order, ECF No. 151, and resolved.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of July 2016.

<pre>
                    s/Edward F. Shea
                    EDWARD F. SHEA
          Senior United States District Judge
</pre>

Q:\EFS\Civil\2014\5041.ord.grant.mot.lc2.docx

ORDER **-** 2